LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone: 702.949.8320
Facsimile: 702.949.8321
E-mail: rcharles@LRLaw.com

MORRISON & FOERSTER LLP
James E. Hough (NY 2109775) (Admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: 212. 468.8000
Facsimile: 212. 468.7900
E-mail: jhough@mofo.com

Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMorgan Chase Bank, N.A.,<br><br>    Plaintiff,<br><br>v.<br><br>Alameda Investments, LLC. | **Case Nos.:**<br><br>Case No. 2:09-cv-01154<br>Case No. 2:08-cv-01714<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff JPMorgan Chase Bank, N.A., in its capacity as Administrative Agent ("JPMorgan"), respectfully submits this Notice of Dismissal (the "Notice") as to Defendant Alameda Investments LLC ("Alameda") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**Recitals**

1. WHEREAS on December 5, 2008, JPMorgan (in its capacity as Administrative Agent, on behalf of the Lenders) commenced the "Completion Guaranty Case" against Alameda in the Southern District of New York. The Completion Guaranty Case was ultimately transferred to the United States District Court for the District of Nevada. The Completion Guaranty Case filed against Alameda is captioned *JPMorgan Chase Bank, N.A. v. Alameda Investments, LLC,*

Case No. 2:09-cv-01554

2.   WHEREAS on December 5, 2008, JPMorgan (in its capacity as Administrative Agent, on behalf of the Lenders) also commenced the "UCC Case" in the United States District Court for the District of Nevada (the "UCC Cases") against Alameda.  The UCC Cases filed against Alameda is captioned *JPMorgan Chase Bank, N.A. v. Alameda Investments, LLC,* Case No. 2:08-cv-01714

3.   WHEREAS the Completion Guaranty Case and the UCC Case were subsequently consolidated for discovery purposes with other similar cases filed against other defendants in a base case entitled *JPMorgan Chase Bank, N.A. v KB Home, et al.,* Case No. 2:08-cv-01711-PMP-RJJ (United States District Court for the District of Nevada).

4.   WHEREAS on January 9, 2009, Alameda Investments LLC filed a voluntary bankruptcy petition under Chapter 11 of Title 11 of the U.S. Code in the United States Bankruptcy Court for the Central District of California.

5.   WHEREAS on December 9, 2010, JPMorgan (in its individual capacity as Lender), Credit Agricole Corporate and Investment Bank and Wells Fargo Bank, N.A. (collectively, the "Petitioning Creditors") filed an involuntary petition under chapter 11 of the United States Bankruptcy Code against South Edge, LLC ("South Edge"), commencing a case entitled *In re: South Edge, LLC*, United States Bankruptcy Court for the District of Nevada, Case No. 10-32968-BAM (the "South Edge Bankruptcy Case"), and JPMorgan, in its capacities as Administrative Agent and a creditor, sought the appointment of an interim and permanent chapter 11 trustee.

6.   WHEREAS on February 3, 2011, the Bankruptcy Court in the South Edge Bankruptcy Case entered an order for relief on the Petitioning Creditors' involuntary petition, as well as an order directing the appointment of a chapter 11 trustee.

7.   WHEREAS JPMorgan in its capacity as Administrative Agent, together with the Settling Builders,[1] proposed and filed in the South Edge Bankruptcy Case the Joint Plan of

---

[1] The Settling Builders are KB Home and KB Home Nevada Inc., Toll Brothers, Inc. and Coleman-Toll Limited Partnership, Beazer Homes USA, Inc. and Beazer Homes Holding Corp., and Weyerhaeuser Real Estate Company and Pardee Homes of Nevada.

Reorganization Proposed by JPMorgan Chase Bank, N.A., as Administrative Agent Under the Prepetition Credit Agreement, and the Settling Builders (Amended as of October 21, 2011), ECF No. 1309 (the "Plan"), which Plan was confirmed by order of the Bankruptcy Court dated October 27, 2011, ECF No. 1335].  On November 18, 2011, the Plan became effective.

8. WHEREAS, among other parties, the Settling Builders, JPMorgan (solely in its capacity as Administrative Agent), Inspirada Builders, LLC, South Edge (by Inspirada Builders LLC) and the Alameda Liquidating Trust, as successor-in-interest to Alameda Investments, LLC, are parties to the Settlement Agreement and Mutual Release of Claims dated as of November 8, 2011 (the "Alameda Settlement Agreement"), under which the parties thereto granted the mutual releases provided for therein and agreed to consolidate and allow a single, $56 million claim against the Alameda Liquidating Trust in favor of South Edge.

9. WHEREAS, Alameda, due to the automatic stay in effect in its bankruptcy proceeding, never answered or otherwise responded to the complaints filed against it in the UCC Case and the Completion Guaranty Case.

**NOTICE OF DISMISSAL**

1. In accordance with the Plan, the Settlement Agreement, and the Alameda Settlement Agreement, the UCC Case and Completion Guaranty Case filed against Alameda are dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i).

ny-1001289

1  Dated:  December 12, 2011

2

3                                                                    By:  ___/s/ Robert M. Charles, Jr.___
   LEWIS AND ROCA LLP
   Robert M. Charles, Jr.
4  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada 89169-5996
5  Telephone: 702.949.8320
   Facsimile: 702.949.8321
6  E-mail:    rcharles@LRLaw.com

7  James E. Hough (Admitted *pro hac vice*)
   MORRISON & FOERSTER LLP
8  1290 Avenue of the Americas
   New York, NY  10104-0050
9  Tel.: 212.468.8000
   Fax: 212.468.7900
10 jhough@mofo.com

11 *Counsel for JPMorgan Chase Bank, N.A.*

12

13             IT IS SO ORDERED.

14             _____

15             PHILIP M. PRO
               UNITED STATES DISTRICT JUDGE
16
               Dated:  December 12, 2011.
17

18

19

20

21

22

23

24

25

26

27

28

4
**NOTICE OF DISMISSAL**

ny-1001289